IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:  CASE NO: 09-31595
 CHAPTER 7
C.D. JONES & COMPANY

      Debtor(s)
_____/

NOTICE OF PAYMENT OF UNCLAIMED
FUNDS PURSUANT TO 11 U.S.C. § 347

Trustee, Sherry F. Chancellor, pursuant to 11 U.S.C. § 347, gives notice of the payment to the Clerk, U. S. Bankruptcy Court, of unclaimed funds as follows:

| Claim No. | Claimant Name/Address | Dividend |
|---|---|---|
| 041 | Thomas and Adele Daake<br>c/o Bruce D. Partington<br>PO Box 13010<br>Pensacola, FL 32591 | $10,824.72 |
| 044 | Williams Scotsman, Inc.<br>8211 Town Center Drive<br>Baltimore, MD 21236 | $0.53 |

The check mailed at the above address on October 4, 2013 and has neither been negotiated or returned by the creditor or the Post Office.

Dated this 6th day of January, 2014.

      /s/ Sherry F. Chancellor
      Sherry F. Chancellor, Trustee
      619 West Chase Street
      Pensacola, Florida 32502
      (850) 436-8445
      Florida Bar No: 434574

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing notice of payment of unclaimed funds has been furnished electronically or served by U. S. Mail, postage prepaid, upon Thomas and Adele Daake, c/o Bruce D. Partington, PO Box 13010, Pensacola, FL 32591; Williams Scotsman, Inc., 8211 Town Center Drive, Baltimore, MD 21236 and Charles Edwards, Office of the U. S. Trustee, 110 E. Park Avenue, #128, Tallahassee, Florida 32301 on the 6th day of January 6, 2014.

/s/ Sherry F. Chancellor
Sherry F. Chancellor, Trustee