UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE: C.D. JONES & COMPANY, LLC            Case No.: 09-31595PNS3
                                            Chapter     7
_____/

## REPORT AND NOTICE OF INTENT TO SELL PROPERTY OF THE ESTATE

TO:   Debtor(s), Creditors and Parties in Interest

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**
**Pursuant to Local Rule 2002-2, the Court will consider this motion, objection or other matter without further notice or hearing unless a party in interest files an objection within twenty-one (21) days from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 110 E. Park Avenue, Tallahassee, Florida 32301, and serve a copy on the movant's attorney, SHERRY F. CHANCELLOR, 619 WEST CHASE STREET, PENSACOLA, FLORIDA 32502**
**If you file and serve an objection within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, and will proceed to consider the paper without further notice or hearing and may grant the relief requested.**

NOTICE IS HEREBY GIVEN that the Trustee/debtor-in-possession intends to sell the following property of the estate of the Debtor(s), under the terms and conditions set forth below:

1. **Description of Property**: The real property, in the form of a vacant lot, known as Lot 86 of the Villa Lago Subdivision in Walton County, Florida, Property ID Number 23-2S-21-42250-000-0860. The property is being sold without a real estate agent saving funds for the benefit of creditors, and subject to the buyer being solely responsible for all back taxes totaling $11,571.25 and the lien attached to the property of $6,247.57. The Trustee considered these factors as well as the current real estate market in her acceptance of the offer to purchase.
2. **Manner of Sale**:   Private ( X )*         Public Auction (   )
3. **Terms of Sale**: The sale is to be by Private Sale to Thomas and Adele Daake for $1,000.00.   The sale shall be a cash sale payable upon the expiration of the noticing period referenced herein. The Seller shall be responsible for the payment of documentary stamps of $132.30 and recording fees of $18.50 which shall be due and payable to the Trustee at the time of payment.   The Trustee shall then be responsible for the payment of documentary stamps and recording of the Trustee's deed.   The sale is as is with no warranties or guarantees. To the best of the Trustee's knowledge and belief there are no other liens or other obligations that encumber the property. The buyer shall be responsible for any and all property taxes due and owing on the estate's interest in the property.
     * (Applicable to private sales only) The trustee will entertain higher bids for the purchase of the assets of the debtor(s) which the trustee proposes to sell. Such bids must be in writing and accompanied by a deposit of 20% of the proposed higher purchase price. Any higher bid must be received by the trustee at the address listed below no later than the close of business on September 3, 2014.

     If no objection is filed, the sale described above will take place.

| | |
|---|---|
| DATED: 08/13/14 | /s/ Sherry Fowler Chancellor, |
| | SHERRY FOWLER CHANCELLOR, Trustee |
| Mailed 08/13/14 | 619 W. Chase Street, PENSACOLA, FL 32502 |
| By: DAH | (850) 436-8445 |

Copies mailed to all parties listed on the attached Court's mailing matrix on August 13, 2014 by D.Henderson

OMB Approval No. 2502-0265



## A. Settlement Statement (HUD-1)

| B. Type of Loan | | | | | | |
|---|---|---|---|---|---|---|
| 1. ☐ FHA | 2. ☐ RHS | 3. ☐ Conv. Unins. | 6. File Number: | 7. Loan Number: | 8. Mortgage Insurance Case Number: | |
| 4. ☐ VA | 5. ☐ Conv. Ins. | | | | | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower: | E. Name & Address of Seller: | F. Name & Address of Lender: |
|---|---|---|
| Thomas & Adele Daake | Sherry F. Chancellor<br>Trustee for the Bankruptcy Estate of C.D. Jones & Company LLC | |

| G. Property Location: | H. Settlement Agent: | I. Settlement Date: |
|---|---|---|
| Lot 86, Villa Lago Subdivison, Walton County, Florida | | |
| | Place of Settlement: | |

| J. Summary of Borrower's Transaction | | | K. Summary of Seller's Transaction | | |
|---|---|---|---|---|---|
| **100. Gross Amount Due from Borrower** | | | **400. Gross Amount Due to Seller** | | |
| 101. Contract sales price | | $1,000.00 | 401. Contract sales price | | $1,000.00 |
| 102. Personal property | | | 402. Personal property | | |
| 103. Settlement charges to borrower (line 1400) | | | 403. Fee to Record Deed | | $18.50 |
| 104. Fee to Record Deed | | $18.50 | 404. Documentary Stamps | | $132.30 |
| 105. Documentary Stamps | | $132.30 | 405. | | |
| Adjustment for items paid by seller in advance | | | Adjustment for items paid by seller in advance | | |
| 106. City/town taxes | to | | 406. City/town taxes | to | |
| 107. County taxes | to | | 407. County taxes | to | |
| 108. Assessments | to | | 408. Assessments | to | |
| 109. | | | 409. | | |
| 110. | | | 410. | | |
| 111. | | | 411. | | |
| 112. | | | 412. | | |
| **120. Gross Amount Due from Borrower** | | | **420. Gross Amount Due to Seller** | | |
| **200. Amount Paid by or in Behalf of Borrower** | | | **500. Reductions In Amount Due to seller** | | |
| 201. Deposit or earnest money | | | 501. Excess deposit (see instructions) | | |
| 202. Principal amount of new loan(s) | | | 502. Settlement charges to seller (line 1400) | | |
| 203. Existing loan(s) taken subject to | | | 503. Existing loan(s) taken subject to | | |
| 204. Taxes | | | 504. Payoff of first mortgage loan | | |
| 205. | | | 505. Payoff of second mortgage loan | | |
| 206. | | | 506. | | |
| 207. | | | 507. | | |
| 208. | | | 508. | | |
| 209. | | | 509. | | |
| Adjustments for items unpaid by seller | | | Adjustments for items unpaid by seller | | |
| 210. City/town taxes | to 11,571.25 | | 510. City/town taxes | to | |
| 211. County taxes | to | | 511. County taxes | to | |
| 212. Assessments | to | | 512. Assessments | to | |
| 213. Lein of HOA $6,247.57 | | | 513. | | |
| 214. Taxes and fees to be the responsibility of the | | | 514. | | |
| 215. Buyer and paid independently of closing | | | 515. | | |
| 216. and are included in the full consideration | | | 516. | | |
| 217. of the sale | | | 517. | | |
| 218. | | | 518. | | |
| 219. | | | 519. | | |
| **220. Total Paid by/for Borrower** | | $18,969.62 | **520. Total Reduction Amount Due Seller** | | |
| **300. Cash at Settlement from/to Borrower** | | | **600. Cash at Settlement to/from Seller** | | |
| 301. Gross amount due from borrower (line 120) | | | 601. Gross amount due to seller (line 420) | | |
| 302. Less amounts paid by/for borrower (line 220) | ( | ) | 602. Less reductions in amounts due seller (line 520) | ( | ) |
| **303. Cash** ☒ From ☐ To Borrower | | $1,150.80 | **603. Cash** ☒ To ☐ From Seller | | $1,150.80 |

The Public Reporting Burden for this collection of information is estimated at 35 minutes per response for collecting, reviewing, and reporting the data. This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number. No confidentiality is assured; this disclosure is mandatory. This is designed to provide the parties to a RESPA covered transaction with information during the settlement process.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1129-3<br>Case 09-31595-KKS<br>Northern District of Florida<br>Pensacola<br>Wed Aug 13 14:20:59 EDT 2014 | 331 Partners, LLC<br>P.O. Box 1354<br>Mobile, AL 36633-1354 | C.D. Jones & Company, Inc.<br>12273 Emerald Coast Pkwy #117<br>Miramar Beach, FL 32550-6945 |
| Florida Dept. of Labor/Employment Security<br>c/o Florida Dept. of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Hill, Ward & Henderson, P.A.<br>c/o Michael P. Brundage<br>Phelps Dunbar, LLP<br>100 S. Ashley Street, Suite 1900<br>Tampa, FL 33602-5315 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Northwest Florida Auction Group, Inc.<br>c/o Brian C. Sparling<br>1319 Lewis Turner Blvd.<br>Ft. Walton Beach, FL 32547-1137 | Secretary of the Treasury<br>U.S. Treasury Department<br>15th & Pennsylvania Ave.<br>Washington, DC 20220-0001 |
| Thomas Insulation, Inc<br>c/o Pennington, Moore, Wilkinson<br>215 S. Monroe Street, Second Fl<br>Tallahassee, FL 32301-1839 | U.S. Attorney (Pensacola Office)<br>21 E. Garden Street #400<br>Pensacola, FL 32502-5675 | U.S. Attorney (Tallahassee Office)<br>111 N. Adams Street<br>Fourth Floor<br>Tallahassee, FL 32301-7736 |
| (p)U S SECURITIES AND EXCHANGE COMMISSION<br>ATLANTA REG OFFICE AND REORG<br>950 E PACES FERRY RD NE STE 900<br>ATLANTA GA 30326-1382 | United States Trustee<br>110 E. Park Avenue<br> Suite 128<br>Tallahassee, FL 32301-7728 | Villa Lago Owners' Association, Inc.<br>348 Miracle Strip Parkway, SW<br>Paradise Village, Suite 7<br>Fort Walton Beach, FL 32548-5200 |
| *A. Richard Maples, Jr.<br>Attorney for 331 Partners, LLC<br>PO Box 1281<br>Mobile, AL 36633-1281 | *Thomas Daake and Adele Daake<br>c/o Andrew W. Lennox, Esquire<br>P.O. Box 2231<br>Tampa, FL 33601-2231 | *Thomas Daake and Adele Daake<br>c/o Michael P. Brundage, Esquire<br>P.O. Box 2231<br>Tampa, FL 33601-2231 |
| 331 Partners LLC<br>c/o Gilbert Fontenot<br>501 Commendencia Street<br>Pensacola, FL 32502-5953 | Alcan Judgment<br>c/o McDowell Knight<br>11 W. Water Street<br>Mobile, AL 36002 | Armbrecht Jackson LLP<br>P.O. Box 290<br>Mobile, AL 36601-0290 |
| Arnett & Kerrigan, P.L.<br>600 Grand Boulevard, Suite 206<br>Miramar Beach, FL 32550-1404 | BANKTRUST<br>C/O J. ALAN DAVIS, VICE PRESIDENT<br>7700 US HWY 98 WEST<br>SANTA ROSA BEACH, FL 32459-3271 | Bank Trust<br>7700 U.S. Highway 98 West<br>Santa Rosa Beach, FL 32459-3271 |
| Banktrust<br>c/o Michael T. Lawson<br>141 Mack Bayou Loop, Suite 302<br>Santa Rosa Beach, FL 32459-7194 | Bordelon, Cereene & Lynchard, P.L.<br>2721 Gulf Breeze Parkway<br>Gulf Breeze, FL 32563-3047 | CIT Technology Fin Serv, Inc<br>21146 Network Place<br>Chicago, IL 60673-1211 |
| CIT Technology Financing Services, Inc.<br>c/o Bankruptcy Processing Solutions, Inc<br>800 E. Sonterra Blvd., Suite 240<br>San Antonio, TX 78258-3941 | Charles F. Edwards<br>110 East Park Ave<br>Suite 128<br>Tallahassee, FL 32301-7728 | Copus & Copus, P.A.<br>1817 Lewis Turner Blvd, Suite E<br>Fort Walton Beach, FL 32547-1349 |

| | | |
|---|---|---|
| Daake Judgment<br>c/o Michael H. Crew<br>P.O. Box 13010<br>Pensacola, FL 32591-3010 | James E. Atchison<br>c/o Robert S. Rushing<br>801 W. Romana Street, Suite A<br>Pensacola, FL 32502-4628 | Miramar Self Storage<br>260 S. Geronimo St.<br>Miramar Beach, FL 32550-4025 |
| Prime Rate Premium Finance<br>PO Box 100507<br>Florence, SC 29502-0507 | Russel Myles, Esq.<br>McDowell Knight Roedder & Sledge, L.L.C.<br>POB 350<br>Mobile, AL 36601-0350 | Sandestin Owners Association<br>P.O. Box 6868<br>Miramar Beach, FL 32550-1015 |
| (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | Thomas B. Truitt<br>c/o Holly Melzer, Esquire<br>P.O. Box 2467<br>Panama City, FL 32402-2467 | Thomas O Drake Sr. & Adele Z. Drake<br>26 Portland Place<br>St. Louis, MO 63108-1204 |
| Thomas and Adele Daake<br>36 Portland Place<br>St. Louis, MO 63108-1204 | Truitt Judgment<br>c/o Barron, Redding, Hughes, et al.<br>220 McKenzie Avenue<br>Panama City, FL 32401-3129 | Walton County Property Taxes<br>Rhonda Skipper<br>P.O. Box 510<br>Santa Rosa Beach, FL 32459 |
| Walton County Tax Collector<br>Tax Collector Rhonda Skipper<br>PO Box 510<br>DeFuniak Springs, FL 32435-0510 | (p)WILLIAMS SCOTSMAN INC<br>LOSS MITIGATION DEPARTMENT<br>8211 TOWN CENTER DR<br>WHITE MARSH MD 21236-5904 | Williams Scotsman, Inc.<br>8211 Town Center Drive<br>Baltimore, MD 21236-5904 |
| J. Alan Davis<br>BankTrust<br>7700 US HWY 98 WEST<br>SANTA ROSA BEACH, FL 32459-3271 | James E. Atchison<br>c/o Robert S. Rushing, Esquire<br>801 W. Romana Street<br>Suite A<br>Pensacola, FL 32502-4628 | Michael Ted Lawson<br>The Lawson Law Firm, P. A.<br>141 Mack Bayou Loop<br>Suite 302<br>Santa Rosa Beach, FL 32459-7194 |
| Russell Myles<br>POB 350<br>Mobile, AL 36601-0350 | Sherry Chancellor<br>Law Office of Sherry F. Chancellor<br>619 West Chase St.<br>Pensacola, FL 32502-4711 | Thomas B Truitt<br>c/o Holly K. Melzer<br>P.O. Box 2467<br>Panama City, FL 32402-2467 |
| Thomas and Adele Daake<br>26 Portland Place<br>St. Louis, MO 63108-1204 | William Von Hoene<br>Von Hoene Law Firm<br>P.O. Box 2231<br>Santa Rosa Beach, FL 32459-2231 | Villa Lago Owner's Association, Inc.<br>4608 Opa Locka Lane #300<br>Destin, Florida 32541 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| U.S. Securities & Exchange Commission<br>Branch of Reorganization<br>3475 Lenox Rd., N.E. Suite 100<br>Atlanta, GA 30326-1323 | Sprint<br>P.O. Box 4181<br>Carol Stream, IL 60197-4181 | Williams Scotsman<br>4742 Blountstown Hwy.<br>Tallahassee, FL 32304-2772 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)331 Partners LLC
P.O. Box 1354
Mobile, AL 36633-1354

(d)331 Partners, LLC
c/o Gilbert Fontenot
501 Commendencia Street
Pensacola, FL 32502-5953

(u)Thomas B. Truitt

(u)Christopher Jones

End of Label Matrix
Mailable recipients    52
Bypassed recipients     4
Total                  56